# United States Court of Appeals
## For the First Circuit

No. 04-1742

UNITED STATES,

Appellee,

v.

JOSEPH AITORO,

Defendant, Appellant.

ERRATA

The opinion of this court, issued May 12, 2006, should be amended as follows:

On the cover sheet replace David H. Kyosza with David H. Koysza.